# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131227

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SHAMU DOMINGO MARTIN,
       Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131227
COA: 266403
Wayne CC: 00-008455-01

_____/

      On order of the Court, the application for leave to appeal the May 17, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

d1023

Clerk